IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| James E. Needum, Sr, et al. | * | |
| Appellants | * | |
| vs. | * | Civil Action No.   JKB-14-3801 |
| Mayor and City Council of Baltimore, et al. | * | |
| Appellees | * | |

******

## MEMORANDUM

Now pending before this tribunal is an appeal from the Bankruptcy Court in this district. On January 6, 2015, the Court ordered the parties to file briefs addressing certain jurisdictional issues. Appellants failed to comply with this order. Appellees did comply (See ECF No. 11), and in response to Appellees' brief, the Court entered a further order requiring Appellants to address the issue of mootness, which had been raised by the Appellees. (See ECF No. 12). Again, Appellants disregarded the Court's order and did not file a brief by the deadline of February 10, 2015.

The Court has studied the question of mootness in the context of this case and, for the reasons set out in the Appellees' brief (See ECF No. 11, pp. 12-14), this appeal will be DISMISSED. A separate order follows.

DATED this 11th day of February, 2015.

BY THE COURT:

/s/
James K. Bredar
United States District Judge